IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES EUGENE MOORE, #297332,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 19-0453-JB-MU** |
| **KENNETH PETERS,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 21st day of April, 2020.

*/s/ JEFFREY U. BEAVERSTOCK*
UNITED STATES DISTRICT JUDGE